UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOLM Q. JEMMOTT,

                        Plaintiff,

        -against-

GOURMET BOUTIQUE LLC; SUPERVISOR
TROY (LAST NAME UNKNOWN),

                        Defendants.

26-CV-2824 (JPO)

ORDER OF SERVICE

J. PAUL OETKEN, District Judge:

Plaintiff, who is proceeding *pro se*, invokes the court's federal question jurisdiction, and asserts claims that his former employer discriminated against him on the basis of his race and national origin. The Court liberally construes the complaint as asserting claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and the New York City and State Human Rights Laws. By order dated April 7, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date summonses are issued.

To allow Plaintiff to effect service on Defendants Gourmet Boutique LLC and Supervisor Troy (last name unknown) through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

### CONCLUSION

The Clerk of Court is directed to issue a summons for each defendant, complete the USM-285 form with the address for each defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:  April 10, 2026
        New York, New York

_____
J. PAUL OETKEN
United States District Judge

2

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.      Gourmet Boutique LLC
        144-02 158th Street
        Jamaica, NY 11434

2.      Supervisor Troy
        144-02 158th Street
        Jamaica, NY 11434