UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALCOLM Q. JEMMOTT,<br>Plaintiff,<br><br>-v-<br><br>GOURMET BOUTIQUE LLC, *et al.*,<br>Defendants. | 26-CV-2824 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

For the reasons stated during the initial pretrial conference held on November 12, 2026, discovery and all existing briefing deadlines in this case are stayed pending further order of this Court.

Plaintiff Malcolm Q. Jemmott is directed to file a letter apprising the Court of the status of his EEOC proceedings on or before December 10, 2026.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 31.

The Clerk of Court is further directed to mail a copy of this order to any self-represented party who has not consented to e-service or e-filing.

SO ORDERED.

Dated: November 13, 2026
New York, New York

J. PAUL OETKEN
United States District Judge